# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Cody Ford, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Liberty Resources, LLC, Bayou Wells | ) | |
| Services, LLC, and John C. Lamb, d/b/a | ) | |
| Steamboat Energy Consultants, | ) | |
| | ) | Case No. 4:14-cv-121 |
| Defendants. | ) | |

Before the court is a motion for attorney Joshua K. Conaway to appear *pro hac vice* on plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Josuah K. Conaway has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 11) is **GRANTED**. Attorney Joshua K. Conaway is admitted to practice before this court in the above-entitled action on behalf of plaintiff.

**IT IS SO ORDERED.**

Dated this 17th day of October, 2014.

                                       */s/ Charles S. Miller, Jr.*
                                       Charles S. Miller, Jr.
                                       United States Magistrate Judge